**Order filed November 13, 2014**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

—————————

## NO. 14-14-00906-CV
—————————

## IN RE THOMAS GUITERREZ, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF HABEAS CORPUS**
**On Appeal from the 245th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-18031**

---

## ORDER

On November 12, 2014, relator Thomas Gutierrez filed a petition for writ of habeas corpus in this Court. *See* Tex. R. App. P. 52.1. Relator seeks discharge from illegal restraint from an order issuing a capias, which relator claims is void. Relator states he filed a de novo appeal of his motion to quash service of a motion to enforce temporary orders to the district judge, but the appeal has not been heard.

We ORDER the relator and the real party in interest, Shara Lipman-Gutierrez to each file a status report in this Court of the proceedings in the trial

1

court regarding the appeal of the denial of the motion to quash service and anything other proceeding in the trial court related to the habeas corpus proceeding pending in this Court. The parties are ORDERED to file their status reports by November 19, 2014.

PER CURIAM

Panel consists of Justices McCally, Brown, and Wise.